IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02726-BNB

JUSTIN RUEB, #94567, also known as
      JUSTIN J. RUEB, and as
      JUSTIN JOSEPH RUEB,

      Plaintiff,

v.

ARISTEDES ZAVARAS,
EUGENE ATHERTON,
DR. CRANDELL,
JOHN DOE,
JANE DOE,
SUSAN JONES,
KEVIN MILYARD,
LARRY REID,
PEGGY STEELE, and
JOHN STONER,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      This matter is before the Court on the motion that Plaintiff, Justin Joseph Rueb, filed *pro se* on April 8, 2011, asking for this case to "move forward" as "non frivolous," and for the Court to serve Defendants. *See* docket no. 18. However, Mr. Rueb has filed an appeal (docket no. 14) in this case from the order denying permissive joinder (docket no. 4). The disposition on appeal may affect the Plaintiff or Plaintiffs entitled to proceed in this action. Therefore, the April 8 motion is denied as premature.

Dated: April 11, 2011